## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Florence M. Guillory, *Debtor.* | Case No. 24-11417-AMC<br>Chapter 7 |
| Florence M. Guillory, *Plaintiff,*<br>v.<br>Clearview Federal Credit Union, *Defendant.* | Adversary No. 24-00077-AMC |

## Stipulation of Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Florence M. Guillory and Defendant Clearview Federal Credit Union, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action be **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees.

Date: July 2, 2024

CIBIK LAW, P.C.
*Attorney for Plaintiff*

By: _____
Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

Date: July 2, 2024

BLANK ROME LLP
*Attorney for Defendant*

By: _____
Josef W. Mintz (PA No. 208856)
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
215-569-5500
josef.mintz@blankrome.com